IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANNE M. ATHEY                                                                                       PLAINTIFF

v.                                    Case No. 2:12-CV-02278

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                                   DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 8) filed in this case on November 29, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed without objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendations, IT IS ORDERED that Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is DENIED, and Plaintiff is directed to pay the filing fee of $350.00 by March 11, 2013. Should Plaintiff fail to comply by that deadline, her Complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 12th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE