IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANNE M. ATHEY                                                                                          PLAINTIFF

v.                                       Civil No. 2:12-cv-02278-PKH-JRM

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                          DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 9, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  On February 12, 2013, an order was entered denying Plaintiff's IFP motion and directing her to tender the filing fee by March 11, 2013.  ECF No. 9.  Plaintiff failed to comply with the order or request additional time to tender the filing fee.  As a result, Plaintiff was directed to show cause by March 27, 2013, as to why her case should not be dismissed.  ECF No. 10.  Plaintiff failed to respond to the undersigned's show cause order.  Accordingly, the undersigned recommends dismissal of the present action for failure to obey a court order.  Fed. R. Civ. P. 41(b).

**The parties have <u>fourteen</u> days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 28th day of March 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE