IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANNE M. ATHEY                                                                 PLAINTIFF

v.                          Case No. 2:12-CV-02278

MICHAEL J. ASTRUE[1], Commissioner of
Social Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to obey a Court Order, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ADJUDGED this 30th day of May, 2013.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Carolyn Colvin became the acting Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner Michael J. Astrue as the Defendant in this case.